# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

STANLEY ALGEE,

    Petitioner,

v.

CAROL HOLINKA,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-686-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____12/8/08_____
Date